| | AUSA: Michael Taylor | Telephone: (313) 226-9516 |
|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | Special Agent: Brady Rees | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Sean Moore

Case No.

Case: 2:23−mj−30090
Assigned To : Unassigned
Assign. Date : 3/6/2023
SEALED MATTER (LH)

FILED USDC - CLRK DET
2023 MAR 8 PM 2:04

## ARREST WARRANT

I hereby certify that the foregoing is a certified copy of the original on file in this office.

Clerk, U.S. District Court
Eastern District of Michigan

By: *L. HOSKING*
Deputy

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Sean Moore,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 922(g) - Felon in possession of a firearm

Date: March 6, 2023


*Issuing officer's signature*

City and state: Detroit, Michigan

Hon. Antony P. Patti, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/7/23, and the person was arrested on *(date)* 3/7/23
at *(city and state)* Detroit, MI.

Date: 3/7/23

*Arresting officer's signature*

TFO Kylie Churches
*Printed name and title*

---

*Distribution: Original Court − 1 copy U.S. Marshal − 2 copies USA*