UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>D-1 SEAN MOORE,<br><br>Defendant.<br>_____ / | Case: 2:23-cr-20177<br>Judge: Edmunds, Nancy G.<br>MJ: Grand, David R.<br>Filed: 03-21-2023 At 03:53 PM<br>IND USA V SEAN MOORE (SS)<br><br>Violations: 18 U.S.C. § 922(g)(1) |

## **INDICTMENT**

THE GRAND JURY CHARGES:

### **COUNT ONE**
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about February 21, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Sean Moore, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is one (1) Taurus, Model G2C, 9mm caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT TWO
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about March 7, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Sean Moore, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is one (1) Keltec, Model PLR, .22 caliber firearm, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18 United States Code Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One and Two, respectively, of this Indictment, Defendant Sean Moore shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense, including but not limited to:

- One (1) Taurus, Model G2C, 9mm caliber pistol, Serial Number ABJ923143, and 14 rounds of 9mm ammunition

- One (1) Keltec, Model PLR, .22 caliber firearm, Serial Number U3923 with .22 and .40 caliber ammunition

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/ Brandy R. McMillion*
BRANDY R. McMILLION
Chief, General Crimes Unit

*s/ Michael Taylor*
MICHAEL TAYLOR
Assistant United States Attorney

Dated: March 21, 2023

3

| United States District Court<br>Eastern District of Michigan | Criminal Case Co | Case: 2:23-cr-20177<br>Judge: Edmunds, Nancy G.<br>MJ: Grand, David R.<br>Filed: 03-21-2023 At 03:53 PM<br>IND USA V SEAN MOORE (SS) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it a

| **Companion Case Information** | Co |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | **AUSA's Initials:** MT |

**Case Title:** USA v. SEAN MOORE

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment based on prior complaint 23-mj-30090

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

March 21, 2023
Date

*/s/ Michael Taylor*
MICHAEL TAYLOR
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9516
michael.taylor3@usdoj.gov
P79497

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.