UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                        Plaintiff,

v.                                                 Case No. 2:23–cr–20177–NGE–DRG
                                                       Hon. Nancy G. Edmunds

Sean Moore,

                        Defendant(s),

_____/

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Sean Moore

The defendant(s) shall appear before District Judge Nancy G. Edmunds at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 811, Detroit, Michigan, for the following proceeding(s):

- PRETRIAL CONFERENCE: November 8, 2023 at 11:00 AM

- The PLEA CUTOFF DEADLINE is November 8, 2023.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                               By: s/L. Bartlett
                                                                   Case Manager

Dated: November 8, 2023