UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| United States of America, | Case No: 23-20177 |
| Plaintiff, | Hon. Nancy G. Edmunds |
| v. | |
| Sean Moore, | |
| Defendant. | |
| _____/ | |

**MOTION FOR BENCH WARRANT**

THE UNITED STATES OF AMERICA by its undersigned attorneys the respectfully requests the Court to issue a bench warrant for Sean Moore for failing to appear for his pretrial conference on November 8, 2023.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/Michael Taylor*
MICHAEL TAYLOR
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Email: Michael.Taylor3@usdoj.gov
(313) 226-9516

Dated:  March 18, 2024